UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:04-cr-247-J-20TEM

JERMAINE HALL
_____/

## ORDER

Before this Court is the Report and Recommendation (Doc. No. 23, filed on May 17, 2005) entered by the United States Magistrate Judge, recommending that Defendant's Motion to Suppress (Doc. No. 14, filed March 29, 2005) be denied. Upon consideration of the Report and Recommendation, and upon conducting an independent de novo review of the entire record in this matter, the Magistrate Judge's Report and Recommendation is **ADOPTED**, and it is specifically incorporated into this Order. No objections have been filed.

Accordingly, the Defendant's Motion to Suppress (Doc. No. 14) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of May, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Donald Mairs, Esq.
Frank M. Talbot, Esq.